THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* HYMAN STEHR, Respondent.

*People* v. *Stehr*, 172 App. Div. 970, affirmed.
(Argued October 16, 1916; decided October 31, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 10, 1915, which reversed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of arson in the first degree and granted a new trial.

*Harry E. Lewis, District Attorney* (*Ralph E. Hemstreet, Hersey Egginton* and *Harry G. Anderson* of counsel), for appellant.

*Luke O'Reilly* for respondent.

Order affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ.